# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DAVID E. CLARK, | ) | CASE NO.  4:07-cv-941 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| N. JOHNSTON, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Upon the representation of parties and counsel, as memorialized in the Minutes of Proceedings from the settlement conference conducted on July 6, 2016 by Magistrate Judge George J. Limbert, that the above entitled cause of action has been settled between the parties, this case is hereby dismissed. Final documents shall be filed for the Court's approval on or before July 21, 2016.

The Court retains jurisdiction to resolve disputes concerning the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). Case closed.

**IT IS SO ORDERED**.

Dated: July 6, 2016

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**